UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Portia Shafer Carroll, et al. v. Bayer Corporation, et al.* | No. 09-cv-20158-DRH |
| *Heather Crawford, et al. v. Bayer Corporation, et al.* | No. 09-cv-20075-DRH |
| *Wanda Jean Elder, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12496-DRH |
| *Christian Hope Justice, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13310-DRH |
| *Ashley Land v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13064-DRH |
| *Ava Morton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11092-DRH |
| *Mekia L. Powell v. Bayer Corporation, et al.* | No. 10-cv-20088-DRH |
| *Tarsha Pugh, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11043-DRH |
| *Kerri Willoughby, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12019-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 10, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

             **JUSTINE FLANAGAN,**
             **ACTING CLERK OF COURT**

            **BY:**  **/s/*Caitlin Fischer***
               **Deputy Clerk**

**Dated:** July 10, 2014

Digitally signed by David R. Herndon
Date: 2014.07.10 14:35:46 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**